JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARACK and MICHELLE BARACK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>BLITZ SERVICES LLC and LOANFI MORTGAGE, INC.,<br><br>        Defendants. | Case No. SA22CV0913DOC<br><br>**ORDER GRANTING PLAINTIFFS MICHAEL BARACK AND MICHELLE BARACK'S MOTION FOR DEFAULT JUDGMENT AGAINST BLITZ SERVICES, LLC**<br><br>HEARING DATE:  APRIL 17, 2023<br>HEARING TIME:  8:30 AM<br>COURTROOM:  10A<br><br>ACTION FILED:  MAY 4, 2022 |

    Pursuant to Federal Rule of Civil Procedure 55(b)(2), and good cause appearing therefore, the Court hereby GRANTS Plaintiff's Motion for Default Judgment against Defendant Blitz Services, LLC in the amount of $12,000.

    IT IS SO ORDERED.

DATED: February 22, 2023

                                          Honorable David O. Carter
                                          United States District Judge