Amy L. B. Ginsburg (SBN 275805)
GINSBURG LAW GROUP, P.C.
1012 N. Bethlehem Pike, Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Facsimile:  (855) 777-0043
Email: aginsburg@ginsburglawgroup.com

*Of Counsel*
THOMASSON PLLC
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone:  (973) 312-0774
Facsimile: (973) 559-5579
Email: Amy@Thomassonpllc.com

*Attorneys for Plaintiffs,*
*Michael Barack Michelle Barack*

Theresa A. Kristovich (SBN 66490)
tkristovich@kcozlaw.com
Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3988
Facsimile: (404) 400-7333

*Attorney for Defendant,*
*Loanfi Mortgage, Inc.,*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BARACK and MICHELLE BARACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLITZ SERVICES LLC and LOANFI MORTGAGE, INC.,<br><br>Defendants. | **Case No. 8:22cv913-DOC-KES**<br><br>**Judge: Honorable David O. Carter** |

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement. Plaintiff anticipates filing a notice of dismissal against LoanFi with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within forty-five days. Plaintiff requests that all pending deadlines and hearings with Defendant, LoanFi only, be vacated.

DATED:  April 3, 2023

**GINSBURG LAW GROUP, P.C.**
**THOMASSON, PLLC**
*Attorneys for Plaintiffs, Michael Barack*
*Michelle Barack*

 */s/ Amy L. B. Ginsburg*
AMY L. B. GINSBURG